October 20, 2006

Mr. John J. McKetta III
Graves Dougherty Hearon & Moody, P.C.
401 Congress Avenue, Suite 2200
Austin, TX 78701

Mr. Daniel H. Byrne
Fritz Byrne Head & Harrision, LLC
98 San Jacinto Blvd., Suite 2000
Austin, TX 78701
Mr. John M. Mings
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, TX 77010-3095

Mr. M. Scott McDonald
Littler Mendelson, P.C.
2001 Ross Avenue, Suite 2600
Dallas, TX 75201

RE: Case Number: 03-1050
 Court of Appeals Number: 03-03-00060-CV
 Trial Court Number: GN2-01863

Style: ALEX SHESHUNOFF MANAGEMENT SERVICES, L.P.
 v.
 KENNETH JOHNSON AND STRUNK & ASSOCIATES, L.P.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Diane O'Neal |
| |Ms. Amalia Rodriguez |
| |Mendoza |
| |Mr. Bruce C. Morris |